# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  **BECKHAM**, **JIMMY** | CASE NO. 14-10088 |
| DEBTOR | CHAPTER 7 |

## MOTION TO SELL PROPERTY OF THE ESTATE

The Motion of Martin A. Schott, Trustee, represents that:

1.

This case was commenced by the filing of a voluntary petition seeking relief pursuant to Chapter 7 of Title 11 of the United States Code on **01/27/14.**

2.

The Trustee proposes to sell to **JIMMY BECKHAM** all of the estate's right, title and interest in the following property:

> **Tv, stereo, DVD player, hair dryer, cell phone [100.00]; Watch [15.00]; Fishing equipment, tools, lawnmower [100.00]**

3.

The purchase shall be without any warranty or recourse whatsoever on the part of the Trustee, even as to the return of the purchase price, but with full substitution and subrogation to all rights and actions of warranty against all preceding owners, vendors or mortgagors. The purchaser shall buy the property subject to any and all taxes, liens and encumbrances affecting the property. The purchase price for the property to be sold is **$215.00**, which will be paid in cash at the Hearing.

4.

The value of the property as scheduled by the debtor is **$215.00**.

5.

If any party in interest is of the opinion that the property is worth more, then they may make a higher offer in writing within the time specified in the Notice.

WHEREFORE, Martin A. Schott, Trustee, prays that, after Notice of the Motion to all parties in interest and opportunity for hearing, an Order be entered by this Court authorizing the Trustee to sell by private sale, the property described for the price and on the terms set forth or to such party offering a higher price, all other things remaining equal.

                RESPECTFULLY SUBMITTED:

        S/Martin A. Schott
MARTIN A. SCHOTT, TRUSTEE  (11822)
7922 Wrenwood Boulevard., Suite B
Baton Rouge, Louisiana 70809
(225) 928-9292  Office
(225) 924-2469  Facsimile
ctschott@bellsouth.net